AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 8:26MJ260 |
| GERSON MEJIA-ARENIBAR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 3, 2026__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____ #8389 D.O.
*Complainant's signature*

Anthony P. Gayden, ERO  Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __6/16/2026__

_____
*Judge's signature*

City and state:   Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION        )
OF GERSON MEJIA-ARENIBAR              )        AFFIDAVIT OF Anthony P. Gayden
                                      )

Anthony P. Gayden, being first duly sworn, hereby states that:

1.      Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2.      Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016.  In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3.      Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4.      This affidavit is being made in support of a criminal complaint and arrest warrant charging Gerson MEJIA-Arenibar with violations of 8 U.S.C. § 1326(a), reentry of removed aliens.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5.      Gerson MEJIA-Arenibar came to the attention of ICE ERO Omaha officers on April 27, 2026, while searching the booking records at the Douglas County, NE jail.

6.      MEJIA-Arenibar, was arrested by local police on a warrant for DUI on 4/27/2026. Record checks revealed that MEJIA-Arenibar is a citizen of Honduras with an expedited removal order from a designated official and had been removed from the U.S. to Honduras on two prior occasions. ICE officers placed an immigration detainer on MEJIA-Arenibar at the jail.

7.      On June 3, 2026, the Douglas County, NE jail turned MEJIA-Arenibar over to ICE officers. MEJIA-Arenibar was arrested and transported to the Omaha ICE ERO office for processing. At the ICE ERO office, biometric checks of MEJIA-Arenibar's fingerprints confirmed his identity.

8.      MEJIA-Arenibar's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS).  The IAFIS system compared his current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that MEJIA-Arenibar had been arrested by DHS previously.

9.      As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 213 479 565) relating to this MEJIA-Arenibar.

1

10.   MEJIA-Arenibar's alien registration file contains photographs, fingerprints and immigration documents identifying him as a citizen and national of Honduras who was removed from the United States to Honduras, on May 23, 2022, pursuant to an expedited removal order on December 26, 2019, in Bracketville, TX.

11.   A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of MEJIA-Arenibar.

12.   Affiant believes there is probable cause that MEJIA-Arenibar is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date:  June 16, 2026

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge

2